UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GERROD HERNDON,

    Plaintiff,

  v.

TIFFANY THOMAS, et al.,

    Defendants.

Case No. 15-cv-02449-HSG (PR)

**ORDER OF DISMISSAL**

On June 2, 2015, plaintiff, a state prisoner incarcerated at the Marin County Jail, filed a civil rights complaint under 42 U.S.C. § 1983 and an application for leave to proceed *in forma pauperis* (IFP). On the same date, the Court sent plaintiff a notice that his IFP application was not complete because he had not submitted a prisoner trust account statement and Certificate of Funds (COF) in Prisoner's Account completed and signed by an authorized officer at the County Jail. In the notice, plaintiff was informed that the case would be dismissed if he did not either pay the filing fee or file a complete IFP application within twenty-eight days.

Plaintiff has not paid the filing fee or filed a complete IFP application, and the deadline by which to do so has passed. For the foregoing reasons, this action is DISMISSED without prejudice.

The Clerk shall terminate all pending motions as moot, enter judgment, and close the file.

**IT IS SO ORDERED.**

Dated: July 23, 2015

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge